UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY L. COCKRUM and DONNA COCKRUM, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>C.H. MURPHY/CLARK-ULLMAN, INC., et al.,<br><br>Defendants. | CASE NO. 2:22-cv-00969-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

THIS MATTER comes before the Court on Plaintiffs' Motion for Voluntary Dismissal Without Prejudice. Dkt. # 16. In adjudicating this Motion, the Court has considered the following pleadings submitted by the parties:

1. Plaintiffs' Motion for Voluntary Dismissal Without Prejudice;

2. Declaration of Justin Olson in Support of Plaintiffs' Motion for Voluntary Dismissal Without Prejudice, and the exhibits attached thereto;

3. Defendant Howmet Aerospace, Inc.'s Opposition to Plaintiffs' Motion for Voluntary Dismissal Without Prejudice;

4. Declaration of Mark B. Tuvim in Support of Defendant Howmet Aerospace, Inc.'s Opposition to Plaintiffs' Motion for Voluntary Dismissal

ORDER GRANTING PLAINTIFF'S
MOTION FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 1

Without Prejudice, and the exhibits attached thereto; and

5. Plaintiffs' Reply in Support of Motion for Voluntary Dismissal Without Prejudice.

IT IS ORDERED that Plaintiffs' Motion for Voluntary Dismissal Without Prejudice is GRANTED. Accordingly, the Court STRIKES Defendant Howmet Aerospace, Inc.'s Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Dkt. # 22) as moot.

Dated this 29th day of September, 2022.

*John H. Chun*
John H. Chun
United States District Judge